```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 40822
   THEA PETERSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6844

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 09/27/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.31% from remaining funds.

     The case was paid in full 02/09/2009.
----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
CITIFINANCIAL              SECURED          2400.00          175.09       2400.00
CITIFINANCIAL              UNSECURED        9310.69             .00       1984.01
NATIONAL CITY BANK OF IN   CURRENT MORTG        .00             .00           .00
NATIONAL CITY BANK OF IN   CURRENT MORTG        .00             .00           .00
AMERICASH LOANS LLC        UNSECURED         926.06             .00        197.33
APPLE FAST CASH PERSONAL   UNSECURED       NOT FILED           .00           .00
AURORA CHICAGO LAKESHORE   UNSECURED       NOT FILED           .00           .00
BANKONE CHASE              UNSECURED       NOT FILED           .00           .00
JAF                        UNSECURED       NOT FILED           .00           .00
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED           .00           .00
JDT MEDICAL BILLING        UNSECURED       NOT FILED           .00           .00
QUICK PAYDAY LOANS         UNSECURED         640.00             .00        136.38
AMERICASH LOANS LLC        UNSECURED         609.43             .00        129.86
NATIONAL CITY BANK OF IN   MORTGAGE ARRE     61.85             .00         61.85
NATIONAL CITY BANK OF IN   MORTGAGE ARRE    181.23             .00        181.23
NCO FINANCIAL              UNSECURED         195.44             .00         41.65
THOMAS W DREXLER           DEBTOR ATTY     1,444.00                      1,444.00
TOM VAUGHN                 TRUSTEE                                         448.60
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             7,200.00

PRIORITY                                       .00
SECURED                                   2,643.08
    INTEREST                                175.09
UNSECURED                                 2,489.23
ADMINISTRATIVE                            1,444.00
TRUSTEE COMPENSATION                        448.60

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 40822 THEA PETERSON
```

```
DEBTOR REFUND                                                           .00
                                      ---------------     ---------------
TOTALS                                       7,200.00            7,200.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 03/10/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE